IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILL STEWART | § | |
| VS. | § | CIVIL ACTION NO. 1:10-CV-42 |
| MARTIN, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Will Stewart, an inmate formerly confined at FCI Beaumont Low, proceeding *pro se*, filed these civil rights and Federal Tort Claims actions against Warden Martin, John Womble, Michelle Smith, Elizabeth C. Lacy, Cindy T. Nguyen, Sandra L. Mulholland, Karla S. Foggie, Mr. Pizzaro, and the United States of America.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this lawsuit should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A partial judgment will be entered

---

[1] Plaintiff received a copy of the Report and Recommendation on September 26, 2011. **See** Docket Entry No. 13.

in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **18** day of **November, 2011.**

_____
Ron Clark, United States District Judge